UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | | |
|---|---|---|
| ROSS ALUMINUM FOUNDRIES, LLC, | : | CASE NO. 3:06CV0246 |
| Plaintiff, | : | (Judge Walter H. Rice) |
| v. | : | **AGREED ORDER** |
| KURT MANUFACTURING COMPANY, INC., et al., | : | |
| | : | |
| Defendants. | : | |

It is HEREBY ORDERED that pursuant to agreement between the parties, this action is STAYED for a period of sixty (60) days from the date of the filing of the Notice of Removal (until October 10, 2006) so that the parties may engage in mediation of this action and a related action pending in The United States District Court for the District of Minnesota, Case No. 06-CV-03091.

IT IS SO ORDERED:

_____
United States District Judge

AGREED:


/s/ Paul L. Horstman
Paul L. Horstman (0010452)
        Trial Attorney
Eric P. Voigt (0076817)
FARUKI IRELAND & COX P.L.L.
500 Courthouse Plaza, S.W.
10 North Ludlow Street
Dayton, OH 45402
Telephone: (937) 227-3711
Telecopier: (937) 227-3717
E-Mail: phorstman@ficlaw.com

Attorneys for Defendants
Kurt Manufacturing Company, Inc. and
Lycoming Engines, a Division of Avco Corporation



/s/ Richard H. Wallace
Richard H. Wallace (0011938)
David T. McGowan (0080322)
ELSASS, WALLACE, EVANS, SCHNELLE & CO., L.P.A.
100 South Main Avenue
Suite 102, Courtview Center
P.O. Box 499
Sidney, OH 45365-0499
Telephone: (937) 492-6191
E-Mail: rwallace@woh.rr.com

Attorneys for Plaintiff
Ross Aluminum Foundries, LLC

171268.1